Case 1:22-cr-20378-DPG   Document 1   Entered on FLSD Docket 08/2...

FILED BY \_\_\_\_mml\_\_\_\_ D.C.

Aug 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20378-GAYLES/TORRES

18 U.S.C. § 371
18 U.S.C. § 1030(a)(5)(A)
18 U.S.C. § 1030(i)(1)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

**ELIO YOEL MORENO GONZALEZ,**

    **Defendant.**

_____/

### INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.    **ELIO YOEL MORENO GONZALEZ** was an individual who resided in Orlando, Florida.

2.    Victim Company was a Florida corporation with its principal place of business located in Lakeland, Florida. Victim Company owned and operated store locations in the Southern District of Florida and elsewhere. Store A was in Orlando, Florida. Store B was in Lutz, Florida. Store C was in Miami, Florida. Store D was in Lantana, Florida.

3.    Victim Company offered automated teller machine ("ATM") services to its customers to withdraw money from their bank accounts. To execute a money withdrawal, a customer would insert their bank debit card into the ATM and request funds from the ATM computer. The ATM computer would then confirm the transaction with the customer's bank. Upon receiving confirmation, the ATM computer would send a command to its dispenser to

dispense the requested money.

**Count 1**
**Conspiracy to Commit Computer Fraud**
**(18 U.S.C. § 371)**

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around November 2021, and continuing through in or around February 2022, in Miami-Dade and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ELIO YOEL MORENO GONZALEZ,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with other persons both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally cause damage without authorization to a protected computer, that is, Stores A, B, C, and D's computers, and such conduct caused and, if completed would have caused, loss to one of more persons during any one-year period aggregating at least $5,000 in value, in violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2.

**Purpose of the Conspiracy**

3. It was the purpose of the conspiracy for the defendant and his co-conspirators to unlawfully enrich themselves by: (a) accessing ATMs unlawfully; (b) using software to exploit vulnerabilities in ATMs; (c) causing ATMs to dispense cash on command; and (d) diverting the cash obtained from the ATMs for the defendant's and co-conspirators' personal use, the use and

benefit of others, and to further the conspiracy.

## Manner and Means of the Conspiracy

The manner and means by which the defendant and his co-conspirators sought to accomplish the purpose and objects of the conspiracy included, among other thigs, the following:

4. **ELIO YOEL MORENO GONZALEZ** recruited co-conspirators to participate in a scheme where he and his co-conspirators exploited hardware and software vulnerabilities in Victim Company's ATMs, causing the machines to dispense money.

5. **ELIO YOEL MORENO GONZALEZ** and his co-conspirators entered Victim Company's store locations, physically accessed the ATMs, and connected a laptop to the ATMs' dispensers. Co-conspirators outside of the Southern District of Florida then remotely accessed the ATMs' dispensers and sent unauthorized "cash out" commands, causing the dispensers to release Victim Company's money.

## Overt Acts

In furtherance of the conspiracy and to effect the object of the conspiracy, the following overt acts, among others, were committed in the Southern District of Florida and elsewhere:

6. In or around November 2021, **ELIO YOEL MORENO GONZALEZ** recruited co-conspirators to participate in an ATM fraud scheme.

7. On or about December 16, 2021, **ELIO YOEL MORENO GONZALEZ** attempted to recruit an individual to participate in an ATM fraud scheme and explained to the individual how to open an ATM and connect a laptop.

8. On or about January 4, 2022, **ELIO YOEL MORENO GONZALEZ** attempted to recruit an individual to participate in an ATM fraud scheme in Atlanta, Georgia, and asked the

individual to drive other co-conspirators from Florida to Georgia.

9. On or about January 14, 2022, **ELIO YOEL MORENO GONZALEZ** and two co-conspirators travelled to Store A.

10. On or about January 14, 2022, a co-conspirator opened Store A's ATM and connected a laptop to the ATM's dispenser.

11. On or about January 20, 2022, **ELIO YOEL MORENO GONZALEZ** and three co-conspirators travelled to Store B.

12. On or about January 20, 2022, a co-conspirator opened Store B's ATM and connected a laptop to the ATM's dispenser.

13. On or about January 20, 2022, co-conspirators outside the Southern District of Florida remotely accessed the Store B's ATM's dispenser and sent unauthorized "cash out" commands, causing the dispenser to release Victim Company's money.

14. On or about January 20, 2022, co-conspirators at Store B took the $22,800 dispensed by the ATM.

15. On or about January 26, 2022, **ELIO YOEL MORENO GONZALEZ** and three co-conspirators travelled to Store C.

16. On or about January 26, 2022, a co-conspirator opened Store C's ATM and connected a laptop to the ATM's dispenser.

17. On or about January 26, 2022, co-conspirators outside the Southern District of Florida remotely accessed Store C's ATM's dispenser and sent unauthorized "cash out" commands, causing the dispenser to release Victim Company's money.

18. On or about January 26, 2022, co-conspirators at Store C took the $41,800

dispensed by the ATM.

19. On or about February 1, 2022, **ELIO YOEL MORENO GONZALEZ** and one co-conspirator travelled to Store D.

20. On or about February 1, 2022, a co-conspirator opened Store D's ATM and connected a laptop to the ATM's dispenser.

All in violation of Title 18, United States Code, Section 371.

## Count 2
## Computer Fraud
## (18 U.S.C. § 1030(a)(5)(A))

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. On or about January 26, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ELIO YOEL MORENO GONZALEZ,**

did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally cause damage without authorization to a protected computer, that is, Store C's computer, and such conduct caused and, if completed would have caused, loss to one of more persons during any one-year period aggregating at least $5,000 in value, in violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2.

## FORFEITURE ALLEGATIONS

1. The allegations, including the General Allegations, of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ELIO YOEL MORENO**

**GONZALEZ**, has an interest.

2. Upon conviction of a violation of, or a conspiracy to violate, Title 18, United States Code, Section 1030, as alleged in this Indictment, the defendant shall forfeit to the United States of America: (a) any personal property used or intended to be used to commit or to facilitate the commission of such violations, pursuant to Title 18, United States Code, Section 1030(i)(1); and (b) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violations, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i)(1).

All pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1030(i), and the procedures set forth in Title 21, United States Code, Section 853 and Title 18, United States Code, Section 1030(i)(2).

A TRUE BILL

███████████
FOREPERSON

_[signature]_
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_[signature]_
MICHAEL BRENNER
ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ELIO YOEL MORENO GONZALEZ,

_____/
                Defendant.

CASE NO.:

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                      Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                      Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the            District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
MICHAEL BRENNER
Assistant United States Attorney
FLA Bar No.    1011238

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __ELIO YOEL MORENO GONZALEZ__

Case No: _____

Count 1:

Conspiracy to Commit Computer Fraud

Title 18, United States Code, Section 371
* Max. Term of Imprisonment: 5 years
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Count 2:

Computer Fraud

Title 18, United States Code, Section 1030(a)(5)(A)
* Max. Term of Imprisonment: 10 years
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.